No. 50. UNION PACIFIC R. Co. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 5, 1934. Petition for rehearing denied. See *ante,* p. 559.

No. 93. BARRYMORE ET AL. *v.* KEMP, RECEIVER. November 5, 1934. Petition for rehearing denied. See *ante,* p. 566.

No. 94. BARRYMORE ET AL. *v.* WEILER ET AL. November 5, 1934. Petition for rehearing denied. See *ante,* p. 566.

Nos. 113 and 114. DORT, ADMINISTRATRIX, *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 5, 1934. Petition for rehearing denied. See *ante,* p. 569.

No. 116. WALLACE ET AL. *v.* SEAGRAVES. November 5, 1934. Petition for rehearing denied. See *ante,* p. 569.

No. 160. BEEMSTERBOER *v.* ILLINOIS EX REL. MCDONOUGH, COUNTY TREASURER. November 5, 1934. Petition for rehearing denied. See *ante,* p. 575.

No. 182. AETNA LIFE INSURANCE Co. *v.* BRAUKMAN. November 5, 1934. Petition for rehearing denied. See *ante,* p. 578.

No. 203. TEXAS & NEW ORLEANS R. Co. ET AL. *v.* WEBSTER ET AL. November 5, 1934. Petition for rehearing denied. See *ante,* p. 580.